

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas, Appellant

No. 06-17-00107-CR     v.

Andrew Robert Vannoord, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. 49012). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, The State of Texas, pay all costs of this appeal.

RENDERED August 1, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk